# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ASHLEY SUAREZ | § § § | |
| v. | § § | |
| BRANDON JEROME WALKER, LECARLETON MENDEZ MCGEE, and COOPER AIR FREIGHT SERVICE, INC. d/b/a COOPER FREIGHT SERVICE | § § § § § | CIVIL ACTION NO. 3:23-CV-2806-S |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 13, 2024.

_____
**UNITED STATES DISTRICT JUDGE**